# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

DAVID WAITS,
    Plaintiff,

v.

Case Number 3:18-CV-00111-SLG

DARRIN RAY HESS,
    Defendant.

**JUDGMENT IN A CIVIL CASE**

**DECISION BY COURT**. This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT the plaintiff recover non-economic damages in the amount of $100,000.00; economic damages in the amount of $41,221.94 for a total judgment in the amount of $141,221.94 from the defendant, Darrin Ray Hess.

APPROVED:

s/Sharon L. Gleason
SHARON L. GLEASON
United States District Judge

Date: July 22, 2019

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*

Lesley K. Allen
Lesley K. Allen, Clerk of Court

[Jmt2 - Basic - rev. 1-13-16}